CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ANTONIO FERNANDEZ, | **Case:** 2:22-cv-02257-DSF-MAA |
|---|---|
| Plaintiff, | |
| v. | **Plaintiff's Notice of Voluntary Dismissal With Prejudice** |
| THE PEP BOYS MANNY MOE & JACK OF CALIFORNIA LLC, a California Limited Liability Company, | |
| Defendants. | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Antonio Fernandez, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant The Pep Boys Manny Moe & Jack of California LLC, a California Limited Liability Company has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: October 04, 2022        CENTER FOR DISABILITY ACCESS

                By:    /s/ Amanda Seabock
                       Amanda Seabock
                       Attorneys for Plaintiff